IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO MEJIA,<br><br>      Defendant. | 8:22-CR-02<br><br>**ORDER** |

  This matter is before the Court for review of the Magistrate Judge's Findings and Recommendation, Filing 20, recommending the Court deny Defendant's Motion to Dismiss Indictment Under 18 U.S.C. § 3161(b), Filing 15. Neither the government nor the defendant has objected to the Findings and Recommendation, and more than fourteen days have passed since it was filed on February 22, 2022.

  28 U.S.C. § 636(b)(1) requires de novo review "only when a party objected to the magistrate's findings and recommendations." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (quoting *Peretz v. United States*, 501 U.S. 923, 939 (1991)). "[T]he failure to file objections eliminates not only the need for de novo review, but any review by the district court." *Id.* at 620. Furthermore, the Magistrate Judge advised the parties, pursuant to NECrimR 59.2, that any objection must be filed within fourteen days and "[f]ailure to timely object may constitute a waiver of any such objection." Filing 20 at 7. Because no party has objected, any objections are waived. Accordingly,

  IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, Filing 20, is adopted;
2. Defendant's Motion to Dismiss, Filing 15, is denied; and

1

3. The Clerk of Court shall terminate the pending motions at [Filing 15](Filing 15) and [Filing 20](Filing 20).

Dated this 10th day of March, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge